IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WIHC LLC dba ALOHA TOXICOLOGY, | ) ) ) | CIV. NO. 18-00261 JMS-WRP |
| Plaintiff, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) ) | RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO |
| NEXTGEN LABORATORIES, INC., et al., | ) ) ) | ENFORCE OR IN THE ALTERNATIVE TO RESCIND SETTLEMENT AND TO GRANT |
| Defendants. | ) ) ) | IN PART AND DENY IN PART DEFENDANTS' MOTION TO |
| _____ | ) | ENFORCE SETTLEMENT |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO ENFORCE OR IN THE ALTERNATIVE TO RESCIND SETTLEMENT AND TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION TO ENFORCE SETTLEMENT

Findings and Recommendation having been filed and served on all parties on July 30, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Plaintiff's Motion to Enforce or in the Alternative

///

///

///

///

to Rescind Settlement and to Grant in Part and Deny in Part Defendants' Motion to Enforce Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 25, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*WIHC LLC dba Aloha Toxicology v. NextGen Laboratories, Inc., et al.*, Civ. No. 18-00261 JMS-WRP, Order Adopting Magistrate Judge's Findings and Recommendation to Deny Plaintiff's Motion to Enforce or in the Alternative to Rescind Settlement and to Grant in Part and Deny in Part Defendants' Motion to Enforce Settlement